UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

LORETTA-LYNN:MCGRATH, sui juris
Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,
EQUIFAX INFORMATION SERVICES LLC,
TRANSUNION LLC,
AMERICAN EXPRESS COMPANY,
Defendants.

Case No.: 2:25-cv-06812-SB (SKx)

```
FILED
CLERK, U.S. DISTRICT COURT
07/22/2025
CENTRAL DISTRICT OF CALIFORNIA
BY:    M.B.    DEPUTY
```

# VERIFIED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

Plaintiff, **Loretta-Lynn:McGrath**, sui juris, files this First Amended Verified Complaint against the above-named Defendants and alleges as follows:

## I. JURISDICTION AND VENUE

1. Jurisdiction is proper under 28 U.S.C. §1331 as this action arises under the laws of the United States including the Fair Credit Reporting Act (FCRA), 15 U.S.C. §1681 et seq.
2. Venue is proper in this District under 28 U.S.C. §1391 because a substantial part of the events or omissions occurred in this District and the Plaintiff resides in this District.

## II. PARTIES

3. Plaintiff is a natural woman domiciled in California and proceeding sui juris.
4. Defendant Experian Information Solutions, Inc. is a consumer reporting agency doing business in California.
5. Defendant Equifax Information Services LLC is a consumer reporting agency doing business in California.
6. Defendant TransUnion LLC is a consumer reporting agency doing business in California.
7. Defendant American Express Company is a furnisher of information to consumer reporting agencies and does business nationwide including in California.

## III. FACTS

8. On or about May 28, 2025, Plaintiff submitted written disputes to all three credit reporting agencies challenging the validity and accuracy of a reported debt allegedly owed to American Express.
9. Plaintiff provided supporting documentation and demanded verification of the alleged debt in accordance with the FCRA.
10. Despite receiving certified mailings, Experian, Equifax, and TransUnion failed to fully and properly investigate the dispute.
11. American Express failed to provide proper validation or documentation establishing the debt's origin, contractual basis, or legitimacy.
12. The allegedly inaccurate tradelines remain on Plaintiff's credit reports, causing harm to Plaintiff's creditworthiness and emotional distress.

## IV. CLAIMS FOR RELIEF

### COUNT 1 — VIOLATION OF THE FAIR CREDIT REPORTING ACT (FCRA)

(Against All Defendants)

13. Plaintiff incorporates all preceding paragraphs.
14. Defendants violated the FCRA by failing to investigate disputes, failing to correct or delete inaccurate information, and furnishing false information.
15. As a result, Plaintiff suffered actual damages, including loss of credit opportunities and emotional distress.

## V. RELIEF REQUESTED

WHEREFORE, Plaintiff respectfully requests the Court:

A. Order Defendants to delete the inaccurate information from Plaintiff's credit reports;

B. Award statutory and actual damages in an amount no less than $10,000;

C. Award costs and any further relief the Court deems just and proper.

Respectfully submitted,

Loretta-Lynn:McGrath
Plaintiff, In Propria Persona, sui juris
c/o 535 Gravely Ct.
Hermosa Beach, California (near [90254])
LorettaLMcGrath@gmail.com
(818) 388-8797
Dated: July 18, 2025

### [MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT]

Plaintiff moves for leave to file the above First Amended Complaint under Rule 15(a)(1) as a matter of course prior to service and respectfully requests that the Clerk accept and file the attached amended complaint.

Dated: July 18, 2025

*[signature]*

Loretta-Lynn:McGrath
Plaintiff, In Propria Persona

535 Gravely Ct.
Hermosa Beach, CA
90254

U.S. POSTAGE PAID
FCM LG ENV
HERMOSA BEACH, CA 90254
JUL 18, 2025
$11.87

RECEIVED
CLERK, U.S. DISTRICT COURT
JUL 22 2025
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

PROC.

Clerk of the Court
United States District Court
Central District of California
411 West fourth Street
Room #1053
Santa Ana, CA.
92701-4516

CERTIFIED MAIL

9589 0710 5270 3238 6204 05