UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

LORETTA-LYNN MCGRATH

    Plaintiff,

  v.

EXPERIAN INFORMATION
SOLUTIONS, INC. et al,

    Defendants.

Case No. 2:25-cv-06812-SB-SK

ORDER TO SHOW CAUSE RE
LACK OF PROSECUTION

The complaint was filed on July 22, 2025.  Plaintiff has twice filed deficient requests for the clerk to issue summons and has not filed an updated request in response to the clerk's latest deficiency notice issued a month and a half ago on September 4.  Dkt. No. 15.  The 90-day deadline for service has now passed, and Plaintiff has not obtained a summons, let alone filed proof of service.  Plaintiff is ordered to show cause, in writing, no later than October 31, 2025, why this action should not be dismissed for lack of prosecution.  *See* Fed. R. Civ. P. 4(m) (requiring court to dismiss action without prejudice or order that service be made within a specific time if defendant is not served within 90 days after the complaint is filed).  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; L.R. 7-15.  Failure to timely respond to the order to show cause will result in dismissal without prejudice of Plaintiff's claims.

Date: October 24, 2025

_____
Stanley Blumenfeld, Jr.
United States District Judge

1